# Order

Michigan Supreme Court
Lansing, Michigan

January 20, 2006

130212

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DUSTIN MILES MCCLAIN, Minor.

_____

JOSEPH MCDONALD and TINA MCDONALD,
        Petitioners-Appellees,

v

CHRISTINA MARIE THURSTON, a/k/a
CHRISTINA WOODMAN,
        Respondent-Appellant,
and

JOSEPH IAN MCCLAIN,
        Respondent.

_____/

SC: 130212
COA: 262760
Oakland CC
Family Division: 02-668778-NA

     On order of the Court, the application for leave to appeal the November 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2006

_____
                Clerk

s0117